UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

| | |
|---|---|
| GILA DAGAN | ADMISSION TO PRACTICE PRO HAC VICE |
| Plaintiff, **CV 13 —5688** | |
| v. | |
| KINGSBROOK JEWISH MEDICAL CENTER | WEINSTEIN, J. |
| Defendant. | |

-----------------------------------------------------------x

The motion for admission to practice pro hac vice in the above captioned matter is granted. The admitted attorney James M. Loren is permitted to argue or try this particular case in whole or in part as counsel or advocate for Plaintiff, Gila Dagan.

This Order becomes effective upon the Court's receipt of the required $25.00 fee and confirms your appearance as counsel in this case. A notation of your admission pro hac vice in the above listed case will be made on the roll of attorneys.

Dated: 10/17/13

United States District Judge

cc: Pro Hac Vice Attorney
    Court File

